UNITED STATES DISTRICT COURT                    <u>NOT FOR PUBLICATION</u>
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                            :
JIMMY MCMILLAN, III,                                        :
                                                            :
                                  Plaintiff,                :          <u>ORDER</u>
              - against -                                   :
                                                            :
INTERNAL REVENUE SERVICE,                                   :          09-CV-577 (JG) (LB)
                                                            :
                                  Defendant.                :
------------------------------------------------------------------ X

JOHN GLEESON, United States District Judge:

              The government has graciously brought to my attention an error in the final

judgment recently entered in this case. The judgment entered by the Clerk erroneously orders

that "plaintiff take nothing of the defendant." Docket No. 37. My opinion granting summary

judgment to the plaintiff, dated September 23, 2010, awarded him a refund of his 2004 taxes in

the amount of $1724. Docket No. 35. The Clerk is directed to enter an amended judgment in

favor of the plaintiff awarding him $1724.

                                                      So ordered.


                                                      John Gleeson, U.S.D.J.

Dated: February 8, 2011
          Brooklyn, New York